UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
    LAVERNE D HARDISON

            Debtor
   SSN XXX-XX-9030

CASE NO. 06 B 09068

CHAPTER 13

JUDGE: BRUCE W BLACK

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/28/06 and confirmed on 11/01/06.

    2.  The case was dismissed after confirmation, 05/02/2008.

    3.  The Debtor paid a total of $   1823.24 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | .00 | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 732.14 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1315.31 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 379.74 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 526.92 | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LELAND SCOTT & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 806.75 | .00 | .00 |
| KOMYATTE & FREELAND | UNSECURED | 35.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RUSH PRES ST LUKES MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY INTERNIS | UNSECURED | NOT FILED | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | 290.00 | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| M3 FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

```
MERCHANTS CREDIT GUIDE     UNSECURED      NOT FILED              .00         .00
RUSH UNIVERSITY INTERNIS  UNSECURED      NOT FILED              .00         .00
UNITED COLLECTIONS         NOTICE ONLY   NOT FILED              .00         .00
VICMINE MEEKS CHAVIS & A  UNSECURED      NOT FILED              .00         .00
VICMINE MEEKS CHAVIS & A  UNSECURED      NOT FILED              .00         .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         505.95              .00         .00
ILLINOIS STUDENT ASSIST   FILED LATE          .00              .00         .00
INTERNAL REVENUE SERVICE  PRIORITY         5066.86              .00         .00
              Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 5066.86 | 4591.81 | .00 | 9658.67 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   4122.50
and was paid $    174.75  direct and $   1751.22  through the plan.

The Trustee received $     72.02 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


        Dated: 08/20/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE